# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. SCHUH,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DENNIS SMITH, Warden,<br><br>　　　　　　Respondent. | 1:06-cv-01896-LJO-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br>(Doc. 10)<br><br>ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 8)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1).

　　On May 16, 2007, Respondent filed a motion to dismiss the petition on the grounds that the petition was premature. (Doc. 8). On October 4, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending that Respondent's motion to dismiss be granted. (Doc. 10).  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. On October 17, 2007, Petitioner filed objections to the Magistrate Judge's Findings and

Recommendation. (Doc. 11).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued October 4, 2007 (Doc. 10), is ADOPTED IN FULL;
2. Respondent's motion to dismiss (Doc. 8), is GRANTED;
3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   November 2, 2007**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE